## VERDICT SHEET

Re:   Celeste v. East Meadow School District
CV 06-3426
May , 2008

### Plaintiff's Claim

1. Has Plaintiff shown the existence of any barrier that makes the School District's programs inaccessible?

    YES  ✓          NO _____

If you answered NO to Question Number 1, return to the courtroom.

If you answered YES to Question Number 1, you must indicate which area listed below constitutes a barrier that makes the School District's programs inaccessible by placing a check mark on the line to the left of the area indicated on this form:

____ Section of sidewalk outside gate along Cynthia Drive

____ Bus Shelter and Platform

✓ Walkway between the gym and athletic fields

✓ Gates between gym and athletic fields

____ Entrance H (defect in the approach to this entrance)

____ Entrance I (defect in the approach to this entrance)

✓ Athletic or physical education programs on the athletic fields


If you answered YES to Question Number 1, after indicating the area(s) that constitute the barrier, proceed to answer Question Number 2.

EXHIBIT ct

2. Has the Plaintiff proven change(s) that will make the School District's programs with respect to the area(s) you indicated accessible?

YES  ✓          NO _____

If you answered NO to Question Number 2, return to the courtroom and DO NOT answer Question Number 3.

If you answered YES to BOTH Questions 1 AND 2, proceed to Question Number 3.

### Defendant's Defense

3. Has the School District proven that the change(s) suggested by the Plaintiff pose an undue financial and/or administrative burden on the School District?'

YES _____          NO  ✓

If you answered YES to Question number 3, return to courtroom.
If you answered NO to Question Number 3, proceed to consider Question Number 4, "Damages."

### Damages

**Answer Question 4 "Damages," ONLY if You answered YES to Questions 1 AND 2 AND NO to Question**

4. What damages is Plaintiff entitled to recover as a result of Defendant's violation of the Statutes?

**Answer A or B, but NOT both**

A. Pain, suffering, inconvenience and mental anguish damages:

$ 115,000

B. Nominal Damages:

$ _____